

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

November 2, 2023

**<u>Via ECF & Email</u>**

Honorable. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

> Re:  *Mullings v. Burnett*, No. 22-CV-07922 (CS)
>      Arrangement of Plaintiff Participation

Dear Judge Seibel:

I am writing to inform this Court that I have been unable to make arrangements for Plaintiff to participate in the upcoming Court Conference on November 9, 2023 at 11:30 AM. Unlike NYS Department of Corrections and Community Service facilities, we cannot direct a federal facility to produce the detainee for court hearings. I am continuing to attempt to secure their cooperation. I have been told I may need to provide an Order of this Court to have the facility produce the detainee, and if that is the case, I will submit an Order for signature.

I spoke with the Plaintiff on October 12, 2023 and informed him that our office might not be able to arrange his appearance and that he should make efforts on his own to appear telephonically.

Respectfully,

*Elizabeth Barbanes*

Elizabeth Barbanes
Assistant Attorney General
(914) 422-8765
elizabeth.barbanes@ag.ny.gov

cc:    Plaintiff, *pro se* (via First Class Mail)
       Andrew Mullings
       Buffalo Federal Detention Facility
       4250 Federal Drive
       Batavia, New York 14020