UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Mullings,

            -against-

Burnett, et al.,
                    Defendant(s).
--------------------------------------------------------X

**ORDER TO PRODUCE**

7:22-CV-07922 (CS)

Seibel, J.

The Court hereby directs Buffalo Federal Detention Facility to produce inmate Andrew Mullings (# 075 809 426) via telephone for a Pre-Motion Conference before the Court on **Thursday, November 9, 2023 at 11:30 a.m.** The call-in number is **(877) 336 – 1839**, and the access code is **1047966#**.

       SO ORDERED.

Dated: November 3, 2023
       White Plains, New York

                                                   Cathy Seibel, U.S.D.J.