UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANDREW R. MULLINGS,

                             Plaintiffs,

      -against-

EDWARD BURNETT, *et al.*,

                             Defendants.

------------------------------------------------------------------------X

**ORDER**

22 Civ. 7922 (CS)(JCM)

On May 4, 2026, the parties in the above-captioned matter submitted a letter via e-mail requesting an extension of time to submit a joint letter regarding the status of settlement. This request is granted. By May 13, 2026, counsel shall (1) promptly inform the Court whether the matter has been resolved; (2) whether an additional settlement conference would be beneficial; and (3) whether an adjournment of the summary judgment briefing schedule will be requested.

Dated:  May 4, 2026
         White Plains, New York

                                 **SO ORDERED:**

                                 _____
                                 JUDITH C. McCARTHY
                                 United States Magistrate Judge